COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER WITHDRAWING MEDIATION ORDER

Cause number:    01-14-00792-CV

Style:    Eugenia Woodard v. Fortress Insurance Company, Dr. Ronnie Elmore, D.D.S.

Date motion filed:    January 23, 2015

Type of Motion:    Objection to Mediation

Party filing motion:    Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated January 12, 2015.

Judge's signature: /s/ Laura Carter Higley
          x Acting individually

Date: January 27, 2015

---

\*    Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).